PROPHET v. STATE OF INDIANA.

[No. 0-533. Filed November 19, 1958.]

*Glen William Prophet, pro se.*

PER CURIAM.—Petitioner, appearing *pro se,* files under the above caption what he designates as a "Petition for Leave to Appeal." He states a motion for a new trial was overruled September 23, 1958 in the cause in which he was convicted. This is not a petition for a belated appeal. It is obvious the petition is not of a character which confers any jurisdiction on this court.

Petition dismissed.

NOTE.—Reported in 153 N. E. 2d 918.